

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00285-CV

Alice **LABRA**,
Appellant

v.

Carlos **LABRA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-10580
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Alice Labra.

SIGNED July 23, 2014.

_____
Patricia O. Alvarez, Justice